MINUTE ENTRY
NORTH, M.J.
OCTOBER 29, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL J. COMARDELLE | CIVIL ACTION |
| VERSUS | NUMBER: 13-6555 |
| PENNSYLVANIA GENERAL INSURANCE COMPANY, ET AL. | SECTION: "I"(5) |

### HEARING ON MOTION

COURT REPORTER:   Karen Ibos

APPEARANCES:   John Hainkel, Brian Bossier, Gary Lee, Dylan Wade, Christopher Grace, Jeffrey Burg

MOTION:

(1) Motion to Permit the Avondale Interests' Expert Industrial Hygienist, Danny Joyce, to be Deposed After Defendants Have Complied With Discovery Orders of the Court (Rec. doc. 334).
(2) Motion to Compel Deposition of Danny Joyce or, in the Alternative, Motion to Strike Danny Joyce as Witness (Rec. doc. 335).
(3) Motion to Compel Rule 30(b)(6) Deposition of Avondale (Rec. doc. 340).
(4) Avondale's Motion to Quash and Request for Protective Order (Rec. doc. 353).

_____ :   Continued to

_____ :   No opposition

MJSTAR(00:40)

  2, 4  :        Opposition

## ORDERED

_____ :        Dismissed as moot.

_____ :        Dismissed for failure of counsel to appear.

_____ :        Granted.

_____ :        Denied.

  1-4  :        Other:

1, 2:  The parties have agreed to depose Mr. Joyce for a full day on November 6, 2014 but, in any event, the Court hereby orders that the deposition of Mr. Joyce take place no later than November 14, 2014.  The parties have further agreed to proceed with the deposition of GE on November 3rd, the deposition of CBS/Westinghouse on November 5th, and the deposition of Foster Wheeler on November 12th.

3, 4:  Avondale is to forthwith provide to Defendants the materials identified on Exhibit A to Avondale's opposition to Defendants' motion to compel.  (Rec. doc. 360-1, pp. 1-2).  Thereafter, the deposition of an appropriate Avondale representative who can speak to case-specific issues is to go forward on November 13th or 17th (or whatever other date the parties may agree upon prior to December 5, 2014).  Questioning of said deponent(s) by counsel for Westinghouse/CBS/Foster Wheeler is to be limited to 4 hours on the record.

If they have not already done so, all Defendants that are the subject of Plaintiffs' motion to compel (rec. doc. 361) are to provide formal responses to Plaintiffs' outstanding written discovery requests no later than October 31, 2014.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE