UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL COMARDELLE     CIVIL ACTION

VERSUS     No. 13-6555

PENNSYLVANIA GENERAL INSURANCE     SECTION I
COMPANY ET AL.

# ORDER

Before the Court is an appeal[1] filed by plaintiffs of two orders[2] of the U.S. Magistrate Judge denying two of plaintiffs' motions[3] to compel discovery. Defendants, CBS Corporation, General Electric Company, and Foster Wheeler LLC, have filed an opposition.[4]

Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, nondispositive pretrial matters decided by a U.S. Magistrate Judge may be appealed to the U.S. District Court Judge. The order of a U.S. Magistrate Judge may be reversed only "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); *see also* Fed. R. Civ. P. 72(a). "Under this standard, factual findings are reviewed for clear error, which is present when 'the reviewing court upon examination of the entire evidence is left with the definite and firm conviction that a mistake has been committed.'" *Kiln Underwriting Ltd. v. Jesuit High Sch. of New Orleans*, No. 06-4350, 2008 WL 4724390, at *2 (E.D. La. Oct. 24, 2008) (Vance, J.) (quoting *Bolding v. Comm'r*, 117 F.3d 270, 273 (5th Cir. 1997)). "Conclusions of law should be overturned when the magistrate 'fails to apply or misapplies relevant statutes,

---

[1] R. Doc. No. 502.
[2] R. Doc. Nos. 438, 439.
[3] R. Doc. Nos. 372, 387.
[4] R. Doc. No. 549.

case law or rules of procedure.'" *Id.* (quoting *Carmona v. Wright*, 233 F.R.D. 270, 276 (N.D.N.Y. 2006)).

However, as applicable here, with regard to "'issues that are committed by law to a judge's discretion, such as the resolution of discovery disputes, the magistrate's rulings are reviewed for abuse of discretion.'" *Energy Intelligence Grp., Inc. v. Canal Barge Co.*, No. 12-2107, 2014 WL 201698, at *1 (E.D. La. Jan. 17, 2014) (Zainey, J.) (quoting *Kiln*, 2008 WL 4724390, at *2); *see also Lebron v. Ensco Offshore Co.*, No. 12-1901, 2013 WL 3967165, at *2 (W.D. La. July 31, 2013); *Doe v. Hartford Life & Accident Ins. Co.*, 237 F.R.D. 545, 548 (D.N.J. 2006). "This deferential standard is especially appropriate where the Magistrate Judge has managed this case from the outset and developed a thorough knowledge of the proceedings." *Doe*, 237 F.R.D. at 548.

After reviewing the motions that were before the U.S. Magistrate Judge,[5] the transcript of the hearing on plaintiffs' motions,[6] the U.S. Magistrate Judge's orders,[7] and the briefing before this Court,[8] the Court finds that the U.S. Magistrate Judge did not abuse his discretion. Accordingly,

**IT IS ORDERED** that the motion[9] filed by plaintiffs for leave to file a reply memorandum is **GRANTED**.

---

[5] R. Doc. Nos. 372, 387.
[6] R. Doc. No. 568.
[7] R. Doc. Nos. 438, 439.
[8] R. Doc. Nos. 502, 549; *see also* R. Doc. No. 567.
[9] R. Doc. No. 567.

3

**IT IS FURTHER ORDERED** that the orders of the U.S. Magistrate Judge are **AFFIRMED**.

New Orleans, Louisiana, December 9, 2014.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**